IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE RAVE, | § | |
| TDCJ-CID NO. 837973, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-06-1590 |
| | § | |
| UNKNOWN DEFENDANTS, | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

For the reasons stated in this court's Opinion on Dismissal, this civil action is DISMISSED, without prejudice.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on July 31, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE